■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v KEVIN BELL, Respondent. [847 NYS2d 885]—Appeal from an order of the Monroe County Court (Alex R. Renzi, J.), entered March 13, 2006. The order granted defendant's motion to dismiss the indictment.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed for reasons stated in the decision at County Court. Present—Gorski, J.P., Martoche, Smith, Centra and Green, JJ. [*See* 11 Misc 3d 1070(A), 2006 NY Slip Op 50459(U) (2006).]